■ LELEITH CAMPBELL, Appellant, v RENAISSANCE CENTER ASSOCIATES, Respondent, et al., Defendant. [628 NYS2d 527] —Appeal

by the plaintiff from an order of the Supreme Court, Westchester County (Fredman, J.), entered February 17, 1994.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Fredman at the Supreme Court. Sullivan, J. P., Miller, Copertino, Joy and Friedmann, JJ., concur.